# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **JASON DEJOURNETT,** | : | **VIOLATION:** |
| Defendant. | : | **18 U.S.C. § 2252(a)(4)(B)** |
| | : | (**Access with Intent to View Child Pornography**) |

## INFORMATION

Case: 1:20-cr-00094
Assigned To : Friedrich, Dabney L.
Assign. Date : 6/22/2020
Description: Information (A)

The United States Attorney charges that:

## COUNT ONE

Between on or about January 20, 2016 and on or about January 23, 2016, within the Central District of California and elsewhere, the defendant, **JASON DEJOURNETT,** did knowingly access with intent to view at least one matter, to wit: videos hosted on The Website, which contains any visual depiction that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials which have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

(**Access with Intent to View Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(4)(B))

Respectfully submitted,

>MICHAEL R. SHERWIN
>ACTING UNITED STATES ATTORNEY

By:    _____/s/ Lindsay Suttenberg_____
>Lindsay Suttenberg, D.C. Bar No. 978513
>Zia Faruqui, D.C. Bar No. 494990
>Assistant United States Attorney
>555 Fourth Street, N.W.
>Washington, D.C. 20001
>(202) 252-7017